

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00698-CV

**IN RE** Luis Santiago **JUAREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  November 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 9, 2013, relator filed a petition for writ of mandamus and motion for emergency stay. The court has considered relator's petition for writ of mandamus, the response filed on behalf of the real parties in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Relator has not established that he lacks an adequate remedy by appeal in this instance. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010CI13006, styled *In the Interest of K.S.J., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.